DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTHONY DEMETRUIS SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1893
_____

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

PER CURIAM.

    Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.